UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH WOLF, <br><br>                       Plaintiff, <br>    v. <br><br>VASHON ISLAND FIRE & RESCUE, <br><br>                       Defendant. | CASE NO. 2:23-cv-01064-LK <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 16.[1] Pursuant to parties' stipulation, this action is hereby dismissed with prejudice and without court-ordered costs or attorney fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 9th day of April, 2024.

*Lauren King*

Lauren King
United States District Judge

---

[1] On February 29, 2024, the parties informed the Court that they had reached a probable settlement in this case, Dkt. No. 13, and filed a stipulated motion for dismissal soon thereafter, Dkt. No. 14. The Court construed that motion for dismissal to apply to all of Plaintiff's claims and dismissed his action accordingly. Dkt. No. 15 at 1. The parties have since clarified that they did not intend to dismiss all of Plaintiff's claims at that time, but do so now. Dkt. No. 16 at 1.

ORDER OF DISMISSAL - 1